Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>K. EMLEY, a Contra Costa County Deputy Sheriff, in his individual capacity, W. ODOM, a Contra Costa County Deputy Sheriff, in his individual capacity, B. GANT, a Contra Costa County Deputy Sheriff, in his individual capacity, and Defendant Doe.<br><br>　　　　Defendants. | Case No.  3:18-cv-07580-JSC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENA** |

　　　　Plaintiff moves for leave to issue a subpoena to a retail store that likely has surveillance video of the incident upon which this action is based. Because the store only retains video for 90 days and will not provide the video to Plaintiff without a subpoena, Plaintiff seeks leave to subpoena the video prior to the Rule 26(f) conference.

　　　　Plaintiff filed this civil rights action based upon an unlawful stop, detention, search and excessive use of force involving Contra Costa County Deputy Sheriffs. The incident occurred on November 25, 2018 around 6:50 p.m., in the parking lot of a strip mall, near a Ross Dress for Less

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENA 3:18-cv-07580-JSC
1

store (Store) at 2455 San Pablo Dam Rd, San Pablo, CA 94806. Hofer Decl. ¶ 3. The Store had a surveillance camera facing where the incident took place. *Id*. ¶ 4. Plaintiff inquired with the store manager about obtaining video of the incident but was told that the Store would not turn over the video without a subpoena. *Id*. ¶ 5. The store manager also informed Plaintiff that the Store only retained surveillance video for 90 days. *Id*. ¶ 6.

Because it is unlikely that within 90 days Plaintiff can serve Defendants with process and complete the parties' Rule 26(f) conference after which discovery ordinarily commences, particularly with the intervening holidays, Plaintiff moves for leave to subpoena the video from the Store as soon as possible.

For the foregoing reasons, Plaintiffs' administrative motion for leave to issue subpoena should be granted.

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR PLAINTIFF