Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER,<br><br>Plaintiff,<br><br>v.<br><br>K. EMLEY, a Contra Costa County Deputy Sheriff, in his individual capacity, W. ODOM, a Contra Costa County Deputy Sheriff, in his individual capacity, B. GANT, a Contra Costa County Deputy Sheriff, in his individual capacity, and Defendant Doe.<br><br>Defendants. | Case No.  4:18-cv-07580-JSC<br><br>**HOFER DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENA** |

I, Brian Hofer, declare as follows:

1.     I am the plaintiff in this case and am fully competent to make the declaration. The information I provide here is based upon my personal knowledge.

2.     I filed this civil rights action based upon an unlawful stop, detention, search, and excessive use of force involving Contra Costa County Deputy Sheriffs (the Incident).

3.     The Incident occurred on November 25, 2018 around 6:50 p.m., in the parking lot of a strip mall, near a Ross Dress for Less store (Store) at 2455 San Pablo Dam Rd, San Pablo, CA 94806.

4.      The Store had a surveillance camera facing where the Incident took place.

5.      On December 12, 2018, I inquired about obtaining video of the incident from the Store manager, who told me that the Store would not turn over the video without a subpoena.

6.      The Store manager also told me that the Store only retains surveillance video for 90 days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2018 in Oakland, California.

BRIAN HOFER

HOFER DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENA 4:18-cv-07580-JSC          2